**Michael I. RILEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50897.**

Missouri Court of Appeals,
Western District.

April 2, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 28, 1996.

Application to Transfer Denied
Aug. 20, 1996.

Appeal from the Circuit Court of Jackson
County; Honorable Gene R. Martin, Judge.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jill C. LaHue, Asst. Attorney General, Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN
and BERREY, JJ.

Michael I. Riley appeals the denial of his
Rule 24.035 motion after an evidentiary hearing. Judgment affirmed. Rule 84.16(b).

■

**Bob STANLEY, Dave Harper, Tom Barnes, et al., Appellants,**

v.

**CITY OF COLUMBIA, Missouri, Respondent.**

**No. WD 50823.**

Missouri Court of Appeals,
Western District.

April 2, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 28, 1996.

Application to Transfer Denied
Aug. 20, 1996.

Milton Eugene Harper, Jr., Columbia, for
appellant.

Hank Stoltz, Columbia, for respondent.

Before ULRICH, P.J., and
BRECKENRIDGE and EDWIN H.
SMITH, JJ.

***ORDER***

PER CURIAM.

Appeal from the trial court's findings of
fact and conclusions of law granting in part,
and denying in part, review of an administrative decision.

Judgment affirmed. Rule 84.16(b).